UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BEST MIRACLE CORPORATION, THUY THI LE, and TOAN VAN NGUYEN,<br><br>　　　　　Defendants. | Case No.: SACV 08-00998-CJC(MLGx)<br><br><br>PERMANENT INJUNCTION |

**IT IS HEREBY ORDERED** that Defendants Best Miracle Corporation, Thuy Thi Le, and Toan Van Nguyen (collectively "Defendants"), their officers, agents, servants, employees, and all persons in active concert or participation with them, are permanently enjoined from violating the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. §§ 201-219, in any of the following manners:

1.      Defendants shall not, contrary to Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 217 and 215(a)(2), employ any of their employees who in any workweek are engaged in commerce or the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, for workweeks longer than forty hours, unless such employee receives compensation for his or her employment in excess of forty hours at a rate not less than one and one-half times the regular rates at which he or she is employed.

2.      Defendants shall not fail to make, keep, make available to authorized agents of the Secretary of Labor, United States Department of Labor, for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to Sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 211(c) and 215(a)(5), and the implementing regulations found in Title 29 of the Code of Federal Regulations, Part 516.

3.      Defendants shall not, contrary to Section 15(a)(1) of the FLSA, 29 U.S.C. § 215(a)(1), transport, offer for transportation, ship, deliver, or sell in commerce (or ship, deliver, or sell with knowledge or reason to believe that shipment, delivery, or sale in commerce is intended) goods in the production of which any employee has been

///

///

employed in violation of the FLSA's minimum wage provisions (29 U.S.C. § 206) or overtime pay provisions (29 U.S.C. § 207).


DATED:     May 20, 2010

_____

CORMAC J. CARNEY