# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**BEST MIRACLE CORPORATION, THUY THI LE, and TOAN VAN NGUYEN,**<br><br>    **Defendants.** | **Case No.: SACV 08-00998-CJC(MLGx)**<br><br>**JUDGMENT** |

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor, and against Defendants Best Miracle Corporation, Thuy Thi Le, and Toan Van Nguyen in the amount of $185,447.83. This amount consists of $172,832.50 in unpaid overtime wages plus $22,007.93 in prejudgment interest computed at 4.44% per annum from August 17, 2007, to May 20, 2010, minus the $9,392.60 previously posted by Byer California, Inc. Plaintiff shall recover her costs.

DATED: May 20, 2010

_____
CORMAC J. CARNEY