UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 08-00998-CJC (MLGx)            Date: October 25, 2010

Title: HILDA L. SOLIS V. BEST MIRACLE CORPORATION, THUY THI LE, AND TOAN VAN NGUYEN

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PETITION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT** [filed 10/15/10]

      The Court has reviewed the Secretary of Labor's petition to hold Defendants Best Miracle Corporation, Thuy Thi Le and Toan Van Nguyen in civil contempt for their failure to comply with the amended permanent injunction this Court issued on July 8, 2010. Based on evidence presented by the Secretary that Defendants have not paid the $186,559.83 in back wages they owe for violations of the Fair Labor Standards Act or offered evidence that they are unable to pay, the Court hereby orders Defendants to show cause why they should not be held in contempt. Defendants shall file their opposition to this order to show cause by November 12, 2010, and the Secretary shall filed her response thereto by November 29, 2010. The hearing on the order to show cause is scheduled for December 6, 2010 at 1:30 p.m.

mkyc

MINUTES FORM 11
CIVIL-GEN                                                                  Initials of Deputy Clerk MU